**UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS**

No. 04-1001

STANLEY J. PALCZEWSKI,                 APPELLANT,

       V.

R. JAMES NICHOLSON,
SECRETARY OF VETERANS AFFAIRS,            APPELLEE.

Before KASOLD, HAGEL, and MOORMAN, *Judges*

**O R D E R**

It is ORDERED that this Court's opinion entered on April 24, 2007, is hereby amended as follows:

On the first page of the opinion delete the section listing counsel for the appellee and replace it with:

*Ella Krainsky*, with whom *Tim S. McClain*, General Counsel; *Paul J. Hutter*, Acting General Counsel; *R. Randall Campbell,* Assistant General Counsel; *Brian B. Ripple,* Deputy Assistant General Counsel, and *Caren H. Kang* and *Christopher Wallace*, all of Washington, D.C., were on the brief, for the appellee.

DATED:  July 11, 2007                   FOR THE COURT:


                                    NORMAN Y. HERRING
                                    Clerk of the Court

Copies to:

David T. Landers, Esq.

VA General Counsel (027)